IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WALTER CURTIS MOLES**                                                      **PETITIONER**

v.                              **CASE NO. 4:16CV00049 BSM**

**UNITED STATES OF AMERICA**                                          **RESPONDENT**

### ORDER

The recommended disposition submitted by United States Magistrate Judge Patricia S. Harris has been reviewed. No objections have been filed. After careful consideration, the recommended disposition is hereby adopted in all respects. Walter Curtis Moles's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed without prejudice.

IT IS SO ORDERED this 26th day of August 2016.

_____
UNITED STATES DISTRICT JUDGE